**Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 20-cv-5390**

# Schedule A

| No. | Seller Aliases |
|---:|---|
| 1 | Shop1513394 Store |
| 3 | Good mommy Store |
| 5 | Omnitee Co.,LTD |
| 7 | Piaoyu Store |
| 9 | E-Fire Game Store |
| 11 | China Hangzhou High Quality Shoe Factory Store |
| 13 | Shop3680097 Store |
| 15 | Shop4232038 Store |
| 17 | Shop4498131 Store |
| 19 | VTRONHYE Franchised Store |
| 21 | LYRUANUP Sportswear Store |
| 23 | padrisimos Official Store |
| 25 | Shop5148006 Store |
| 27 | Shop5249022 Store |
| 29 | Shop5422063 Store |
| 31 | MrKevin Store |
| 33 | Shop5586034 Store |
| 35 | Shop5588175 Store |
| 37 | Shop5593313 Store |
| 39 | Shop5595135 Store |
| 41 | Shop5596426 Store |
| 43 | Shop5604050 Store |
| 45 | Shop5607112 Store |
| 47 | Shop5614359 Store |
| 49 | Shop5616138 Store |
| 51 | Shop5618324 Store |
| 53 | Shop5620154 Store |
| 55 | Shop5624158 Store |
| 57 | Shop5626030 Store |
| 59 | Shop5628035 Store |
| 61 | Shop5628239 Store |
| 63 | Shop5631260 Store |

| No. | Seller Aliases |
|---:|---|
| 2 | Shop1683121 Store |
| 4 | AmazingHero Store |
| 6 | Redheavenstar Store |
| 8 | Comfortable Store |
| 10 | Day life Store |
| 12 | JACKFRUIT210 Store |
| 14 | Sooneeya Factory Store |
| 16 | OLOME Store |
| 18 | Shop4729002 Store |
| 20 | HZBCLY Store |
| 22 | Shop5074248 Store |
| 24 | Shop5139014 Store |
| 26 | Shop5246295 Store |
| 28 | Joweici Store |
| 30 | RuiTHank Global Store |
| 32 | Shop5480225 Store |
| 34 | Shop5587470 Store |
| 36 | Shop5592451 Store |
| 38 | Shop5594179 Store |
| 40 | Shop5596008 Store |
| 42 | Shop5600157 Store |
| 44 | Shop5605530 Store |
| 46 | Shop5607420 Store |
| 48 | Shop5614362 Store |
| 50 | Shop5617092 Store |
| 52 | Shop5619022 Store |
| 54 | Shop5623245 Store |
| 56 | Shop5624358 Store |
| 58 | Shop5627353 Store |
| 60 | Shop5628039 Store |
| 62 | Shop5631045 Store |
| 64 | Shop5635021 Store |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 65 | Shop5635065 Store | 66 | Shop5636371 Store |
| 67 | Shop5637128 Store | 68 | Shop5647004 Store |
| 69 | Shop5648001 Store | 70 | Shop5678014 Store |
| 71 | Shop5681021 Store | 72 | Shop5687005 Store |
| 73 | Shop5689055 Store | 74 | Shop5695048 Store |
| 75 | Shop5702070 Store | 76 | Shop5703133 Store |
| 77 | Shop5707032 Store | 78 | Shop5715029 Store |
| 79 | Shop5715030 Store | 80 | Shop5718018 Store |
| 81 | GSLMOLN Sneakers Store | 82 | Shop5722174 Store |
| 83 | Shop5723006 Store | 84 | Shop5726129 Store |
| 85 | Shop5726201 Store | 86 | Shop5731113 Store |
| 87 | Shop5731231 Store | 88 | Shop5733224 Store |
| 89 | Shop5734216 Store | 90 | Shop5736152 Store |
| 91 | Shop5738212 Store | 92 | Shop5744069 Store |
| 93 | Shop5744314 Store | 94 | Shop5745159 Store |
| 95 | Shop5746167 Store | 96 | Shop5748025 Store |
| 97 | Shop5748293 Store | 98 | Shop5777294 Store |
| 99 | Shop5777489 Store | 100 | Shop5777858 Store |
| 101 | Shop5778254 Store | 102 | Shop5778524 Store |
| 103 | Shop5779700 Store | 104 | Shop5781123 Store |
| 105 | Shop5781229 Store | 106 | Shop5781568 Store |
| 107 | Shop5781696 Store | 108 | Shop5785245 Store |
| 109 | Shop5785369 Store | 110 | Shop5785472 Store |
| 111 | Shop5785484 Store | 112 | Romantic Phone Accessories Store |
| 113 | beiyasi Y-win Store | 114 | NATALIE CCODIOR Official Store |
| 115 | Missyou Watch Store | 116 | MachineFitness GymWear Store |
| 117 | pu tian liang pin mao yi you xian gong si | 118 | ruoyuntrade |
| 119 | Super Wild Collection | 120 | Snoopdy |
| 121 | ZY ART | 122 | Scholastica Loc |
| 123 | NANRUI Trading | 124 | OS Gear |
| 125 | weishine | 126 | TheThesux |
| 127 | pingyangxianbaodingshengzhuyangzhizhuanyehezuoshe | 128 | Well_Buy |
| 129 | DorothyTAddison | 130 | panseartheocean |
| 131 | Cangnan Bin Teng Plastic Products Co., Ltd. | 132 | Hangzhou Fu Xing Garments Co., Ltd. |
| 133 | lwenj_40 | 134 | mimosapplly |
| 135 | priestlyy | 136 | shao53 |
| 137 | wellamazing | 138 | yhxclx2010 |
| 139 | youthhobbies021 | 140 | Yiwu Guanlong Garment Accessories Co., Ltd. |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 141 | Shop5601022 Store | 142 | Guangzhou Ruby Fashion Company Limited |
| 143 | pengjuan fashion | 144 | Wonderwomenshop |
| 145 | fashion to shop | 146 | Dfashionizo |
| 147 | redeyedandlifted | 148 | justtherightstore |
| 149 | SekoraCollection | 150 | boxu327 |
| 151 | meilijiazhuan | 152 | Zuanmu Technology Store |
| 153 | tobistar | 154 | thuha1611 |
| 155 | FANGYUAN61 | 156 | mtaxc |
| 157 | XiejiugengduyT | 158 | Dion Hui 123 |
| 159 | Xumeihua2452 | 160 | zhengyan8 |
| 161 | Robert M. Munson | 162 | Dana Atwood |
| 163 | Margaret Needham | 164 | Todd Waldman |
| 165 | Nicole Kennedy | 166 | WineShop At Home |
| 167 | Mary Fontenot | 168 | sexean3 |
| 169 | yawar2 | 170 | oharalavern |
| 171 | nyleautgurr | 172 | rlaalwls1984 |
| 173 | Zhangqiuyan 950919 | 174 | Socrates Morilla |
| 175 | Lyndsey Haughie | 176 | tuyruwuhe |
| 177 | Natavia Keene | 178 | Ron Peters |
| 179 | yaoshun8866 | 180 | longzhichao123 |
| 181 | YalabDesign | 182 | Shenzhen Ai-Mich Science And Technology Limited |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/1513394 | 2 | aliexpress.com/store/1683121 |
| 3 | aliexpress.com/store/1898419 | 4 | aliexpress.com/store/2031105 |
| 5 | aliexpress.com/store/2215002 | 6 | aliexpress.com/store/2251003 |
| 7 | aliexpress.com/store/2934060 | 8 | aliexpress.com/store/3042041 |
| 9 | aliexpress.com/store/3057029 | 10 | aliexpress.com/store/3172028 |
| 11 | aliexpress.com/store/3388017 | 12 | aliexpress.com/store/3670009 |
| 13 | aliexpress.com/store/3680097 | 14 | aliexpress.com/store/3995033 |
| 15 | aliexpress.com/store/4232038 | 16 | aliexpress.com/store/4488110 |
| 17 | aliexpress.com/store/4498131 | 18 | aliexpress.com/store/4729002 |
| 19 | aliexpress.com/store/4890043 | 20 | aliexpress.com/store/4926035 |
| 21 | aliexpress.com/store/5065242 | 22 | aliexpress.com/store/5074248 |
| 23 | aliexpress.com/store/5090069 | 24 | aliexpress.com/store/5139014 |
| 25 | aliexpress.com/store/5148006 | 26 | aliexpress.com/store/5246295 |
| 27 | aliexpress.com/store/5249022 | 28 | aliexpress.com/store/5369085 |
| 29 | aliexpress.com/store/5422063 | 30 | aliexpress.com/store/5439306 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 31 | aliexpress.com/store/5477215 | 32 | aliexpress.com/store/5480225 |
| 33 | aliexpress.com/store/5586034 | 34 | aliexpress.com/store/5587470 |
| 35 | aliexpress.com/store/5588175 | 36 | aliexpress.com/store/5592451 |
| 37 | aliexpress.com/store/5593313 | 38 | aliexpress.com/store/5594179 |
| 39 | aliexpress.com/store/5595135 | 40 | aliexpress.com/store/5596008 |
| 41 | aliexpress.com/store/5596426 | 42 | aliexpress.com/store/5600157 |
| 43 | aliexpress.com/store/5604050 | 44 | aliexpress.com/store/5605530 |
| 45 | aliexpress.com/store/5607112 | 46 | aliexpress.com/store/5607420 |
| 47 | aliexpress.com/store/5614359 | 48 | aliexpress.com/store/5614362 |
| 49 | aliexpress.com/store/5616138 | 50 | aliexpress.com/store/5617092 |
| 51 | aliexpress.com/store/5618324 | 52 | aliexpress.com/store/5619022 |
| 53 | aliexpress.com/store/5620154 | 54 | aliexpress.com/store/5623245 |
| 55 | aliexpress.com/store/5624158 | 56 | aliexpress.com/store/5624358 |
| 57 | aliexpress.com/store/5626030 | 58 | aliexpress.com/store/5627353 |
| 59 | aliexpress.com/store/5628035 | 60 | aliexpress.com/store/5628039 |
| 61 | aliexpress.com/store/5628239 | 62 | aliexpress.com/store/5631045 |
| 63 | aliexpress.com/store/5631260 | 64 | aliexpress.com/store/5635021 |
| 65 | aliexpress.com/store/5635065 | 66 | aliexpress.com/store/5636371 |
| 67 | aliexpress.com/store/5637128 | 68 | aliexpress.com/store/5647004 |
| 69 | aliexpress.com/store/5648001 | 70 | aliexpress.com/store/5678014 |
| 71 | aliexpress.com/store/5681021 | 72 | aliexpress.com/store/5687005 |
| 73 | aliexpress.com/store/5689055 | 74 | aliexpress.com/store/5695048 |
| 75 | aliexpress.com/store/5702070 | 76 | aliexpress.com/store/5703133 |
| 77 | aliexpress.com/store/5707032 | 78 | aliexpress.com/store/5715029 |
| 79 | aliexpress.com/store/5715030 | 80 | aliexpress.com/store/5718018 |
| 81 | aliexpress.com/store/5722144 | 82 | aliexpress.com/store/5722174 |
| 83 | aliexpress.com/store/5723006 | 84 | aliexpress.com/store/5726129 |
| 85 | aliexpress.com/store/5726201 | 86 | aliexpress.com/store/5731113 |
| 87 | aliexpress.com/store/5731231 | 88 | aliexpress.com/store/5733224 |
| 89 | aliexpress.com/store/5734216 | 90 | aliexpress.com/store/5736152 |
| 91 | aliexpress.com/store/5738212 | 92 | aliexpress.com/store/5744069 |
| 93 | aliexpress.com/store/5744314 | 94 | aliexpress.com/store/5745159 |
| 95 | aliexpress.com/store/5746167 | 96 | aliexpress.com/store/5748025 |
| 97 | aliexpress.com/store/5748293 | 98 | aliexpress.com/store/5777294 |
| 99 | aliexpress.com/store/5777489 | 100 | aliexpress.com/store/5777858 |
| 101 | aliexpress.com/store/5778254 | 102 | aliexpress.com/store/5778524 |
| 103 | aliexpress.com/store/5779700 | 104 | aliexpress.com/store/5781123 |
| 105 | aliexpress.com/store/5781229 | 106 | aliexpress.com/store/5781568 |
| 107 | aliexpress.com/store/5781696 | 108 | aliexpress.com/store/5785245 |
| 109 | aliexpress.com/store/5785369 | 110 | aliexpress.com/store/5785472 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 111 | aliexpress.com/store/5785484 | 112 | aliexpress.com/store/5799792 |
| 113 | aliexpress.com/store/5878384 | 114 | aliexpress.com/store/5888024 |
| 115 | aliexpress.com/store/611770 | 116 | aliexpress.com/store/839361 |
| 117 | amazon.com/sp?seller=A12V81UG7VO9IF | 118 | amazon.com/sp?seller=A18WCMHKJ9SKJT |
| 119 | amazon.com/sp?seller=A1E9YDFYQDJ10F | 120 | amazon.com/sp?seller=A1FVS7K1FGQJJV |
| 121 | amazon.com/sp?seller=A1O4SOB7W705FP | 122 | amazon.com/sp?seller=A1PLR60SBBQ764 |
| 123 | amazon.com/sp?seller=A1VFAP7VFYSDQE | 124 | amazon.com/sp?seller=A21A4XPIY66Q5T |
| 125 | amazon.com/sp?seller=A21DB1PU3TP6D4 | 126 | amazon.com/sp?seller=A21K4SK0M1Z3E1 |
| 127 | amazon.com/sp?seller=A2E7W3CITRU7Y7 | 128 | amazon.com/sp?seller=A2WYZRIYHBFZLQ |
| 129 | amazon.com/sp?seller=A2XNVE3VN1DT6X | 130 | amazon.com/sp?seller=AIJL8XN696NDK |
| 131 | cnbinteng.en.alibaba | 132 | cntittallon.en.alibaba |
| 133 | ebay.com/usr/lwenj_40 | 134 | ebay.com/usr/mimosapplly |
| 135 | ebay.com/usr/priestlyy | 136 | ebay.com/usr/shao53 |
| 137 | ebay.com/usr/wellamazing | 138 | ebay.com/usr/yhxclx2010 |
| 139 | ebay.com/usr/youthhobbies021 | 140 | glaccessories.en.alibaba |
| 141 | https://www.aliexpress.com/store/5601022 | 142 | rubylg.en.alibaba |
| 143 | wish.com/merchant/541aec567541ce75adfd861c | 144 | wish.com/merchant/55027d0924850b169296f478 |
| 145 | wish.com/merchant/5785b5fc0d060004e2f1f453 | 146 | wish.com/merchant/5928cb399314bb57f2943743 |
| 147 | wish.com/merchant/599f5e9d90a0f16a397f9f16 | 148 | wish.com/merchant/59a5cd46eea5c5247c0a28f1 |
| 149 | wish.com/merchant/59c1d01050df61669889c5c7 | 150 | wish.com/merchant/5a0933e25d6f3417c6b9eef8 |
| 151 | wish.com/merchant/5aeae05d12d8fe320120d072 | 152 | wish.com/merchant/5b715e2cf6ed471caad388f7 |
| 153 | wish.com/merchant/5d1c2d1cff165652ec4cc84b | 154 | wish.com/merchant/5e4bb17201ba9d2100372fde |
| 155 | wish.com/merchant/5e66eeaf29e786130e17702f | 156 | wish.com/merchant/5e6b410b3a00e719c3b89413 |
| 157 | wish.com/merchant/5e6dd3e01e198537b1235318 | 158 | wish.com/merchant/5e7472beaa3df415afbecc34 |
| 159 | wish.com/merchant/5e74ddfa64f6b68c3d47aff5 | 160 | wish.com/merchant/5e787a207477a28abe6a6c32 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 161 | wish.com/merchant/5e8480a1bc418d29b60e52ff | 162 | wish.com/merchant/5e84847129e7864035fb5d8f |
| 163 | wish.com/merchant/5e85699a338f47f76fa2a47a | 164 | wish.com/merchant/5e85eda5950b7490d1e7dc5a |
| 165 | wish.com/merchant/5e8ae33929e78631ee20b1f5 | 166 | wish.com/merchant/5e8c5b473a1e89b695fb84cb |
| 167 | wish.com/merchant/5e8d0f9a54e2aa097e8a360b | 168 | wish.com/merchant/5e8eaa615165534da1d4eb9c |
| 169 | wish.com/merchant/5e8eb53429e78613bca15e82 | 170 | wish.com/merchant/5e8f2b9924067dbcacdf44e7 |
| 171 | wish.com/merchant/5e947b312522bc9f92c76778 | 172 | wish.com/merchant/5e958b682815490040500bf3 |
| 173 | wish.com/merchant/5e968f62942cd407823ed39d | 174 | wish.com/merchant/5e96ebe0077908041f5308ca |
| 175 | wish.com/merchant/5e97cdfa1026281a6da4cff7 | 176 | wish.com/merchant/5e9956215b1d0803503505e5 |
| 177 | wish.com/merchant/5e99638aeda468718cbeb3fe | 178 | wish.com/merchant/5e9a9aa129e786209f306964 |
| 179 | wish.com/merchant/5f0c0f890ad102aab74c7a17 | 180 | wish.com/merchant/5f0fd6aeba97b8e45a7ca13e |
| 181 | wish.com/merchant/5f208d6b97c665b76393f8d9 | 182 | ai-mich.en.alibaba |