































## ATTENTION

**About Shippment**

1.We will ship the item with China Post Registerred Air Mail in general.The arrival time is little slow.The aver-age time is about 15-45days.Sometimes it needs  more days in hot



1.We will ship the item with China Post Registerred Air Mail in general.The arrival time is little slow.The aver-age time is about 15-45days.Sometimes it needs more days in hot sale reason like Christmas.

2.We also have some other shipping way.Like HK Post,E-packet and so on.But these are not free.You nend to pay the price difference.

3.In general,we will ship the items within 3 working days after the full payment.

4.We will not take the responsibility for any shipping accidents,delay,customs or other matters caused from shipping carriers.

## SELF-HELP SHOPPING GUIDE

Receive your order → Waiting for payment released by Aliexpress → Prepare your order → Pack your order at you warehouse → Picked up by mail service

Out for delivery ← Depart your local post office ← Clear Customs ← Flown to destination country ← Processed through sorf facility

### About Product

常温水洗 WATER WASH | 不可漂白 DO NOT BLEACH | 不可干洗 DO NOT DRY CLEAN | 低温熨烫 LRON ON LOW HEAT | 悬挂晾干 HANG DRY

### About Color difference

1.Different computer or photo, there will have littel different. Thank you for your understanding.

2.Due to light reasons, the product will have color different. Thank you for your understanding.

### About Feedback

1.Your early confirmation will be highly appeciated after receiving the items.

2.Since your feedback is very important for our development,we sicerely invite you to leave positive feed-back(4or5 stars)for us if you are satisfied with our product and service. it will just take you one minute,but this one minute has the extremely vital significance to us.

3.Please contact us before leaving any negative(1or2stars)or neutral feedback (3stars).













































Please write your **FULL NAME** and **HOUSE NUMBER** .Especially Russia have a new rule now, post office will not deliver parcels to you if you don't write full name.

Buyers are responsible for the possible tariffs resulting from the purchase, We will do our best to avoid tariffs.

Difference in color may be caused by some other reasons such as color reflection in the light, background etc.

**Feedback:**

Your satisfaction with our products is our biggest motivation, please give us **positive feedback** and **5 star praise**. If there is any dissatisfaction, please contact us in time, we will give you a satisfactory treatment.

| | | |
|---|---|---|
| Consistent with the items description | ⭐⭐⭐⭐⭐ | 5 stars |
| Attitude of the sellers | ⭐⭐⭐⭐⭐ | 5 stars |
| Seller's delivery speed | ⭐⭐⭐⭐⭐ | 5 stars |

**100%**

**Return :**

In case of the defective items or wrong items that you got, we will resend or refund to you. You can also return back the items within 2 work days after receipt, buyers are responsible for shipping charge to return the items.

Best Regards!

No Feedback.































EU 37 = US 5.5  =foot length 23-23.5 CM
EU 38 = US 6    =foot length 23.5-24 Cm
EU 39 = US 6.5  =foot length 24-24.5 CM
EU 40 = US 7    =foot length 24.5-25 CM
EU 41 = US 8    =foot length 25-25.5 CM
EU 42 = US 8.5  =foot length 25.5-26 CM
EU 43 = US 9.5  =foot length 26-27  CM
EU 44 = US 10   =foot length 27-28  Cm
EU 45 = US 11   =foot length 28-28.5 Cm
EU 46 = US 11.5 =foot length 28.5-29 Cm

(All measurement in cm and please note 1cm=0.39inch)

For Example,If your foot length is 25.3cm,You should choose US size8.
Kindly Reminder:The shoes size is based on European size and the real foot length.
If you are not sure your foot length,please measure your foot length according to follow methods.

Tips: Measurements are the maximum size;please allow appr ±0.5-1cm tolerance.
Compare the chart size with your feet length carefully before ordering.
1.Please choose your size according to your foot lengt
2.If you do not measure feet long, another method is to measure the shoes you're wearing insoles length,based on the insole length of the table ,then select shoe size

Why buy from us ?
√ Worldwide fast shipping!
√ Free tracking number!
√ Quickly and satisfying communication!
√ Unique high-quality goods!
√ Best prices!

1.If you are not satisfied with something please contact us before you leave us a
Negative feedback, we will always try our best for 100% customer satisfaction. That's
why we are here! All emails will be answered within 48 hours (Sat. & Sun. excluded). So
please do not hesitate to email us!
2.Your 5-Star Positive Feedback is much appreciated

Fashion New Women Men Sport
Running Shoes OUtdoor Sneakers
★ ★ ★ ✦ ☆  (24 reviews)

$20 ~~$144~~

Size:
Select Size

Color:
Select Color

**Buy**

♡ Add to Wishlist

**Reference Price by Seller**                     Show More

**Sold By**                                        Store Ratings

boxu327
4.2 ★ ★ ★ ★ ☆ (299)

**30 Day Return & Refund**

**Shop with Confidence!**                          Learn More
We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.

Quinn, Halloween waits for no one!
Enjoy up to 50% off with code: HAUNTED
ount $100.

Contact, Terms, Policies & More ⌄







# Order on Aug 28, 2020

Order #: 5f490964c5332df7c6e9b1e8

| Shipping Address | Payment Method | Item Summary | |
|---|---|---|---|
| Daisy Turner | Credit Card | Item Total | $26.00 |
| 116 W. Jackson Blvd | Visa xxxx6424 | Shipping | $12.00 |
| Suite 109, MB: 552 | | Tax | $2.38 |
| Chicago, Illinois 60604 | | **Order Total** | **$40.38** |
| United States | | | |

## Items in your order



**Order Pending**

Store: boxu327

Fashion New Women Men Sport Running Shoes OUtd...
Red, 38, Qty 1

Item Details

Contact, Terms, Policies & More ⌃

















































Fashion Men Basketball Shoes

https://www.aliexpress.com/item/4001231379763.html

Comfortable Store    OVERVIEW    CUSTOMER REVIEWS (0)    SPECIFICATIONS    Buy Now    Add to Cart





















## Order on Aug 30, 2020

Order #: 5f4bc4f8da47ea5a6a7f0c05

**Shipping Address**

Gandy Caldwell
116 W. Jackson, Suite 109
MB: 552
Chicago, Illinois 60604
United States

**Payment Method**

Credit Card
Visa xxxx6424

**Item Summary**

| | |
|---|---|
| Item Total | $15.00 |
| Shipping | $8.00 |
| Tax | $1.44 |
| **Order Total** | **$24.44** |

## Items in your order



**Order Pending**

Store: Dana Atwood

Men's T-shirt Art Color Painting Abstract Picture Men's Fashio…
Black, M, Qty 1

Item Details

Contact, Terms, Policies & More ︿



      



































# Order on Aug 25, 2020

Order #: 5f45bd419292696892e68a21

| Shipping Address | Payment Method | Item Summary | |
|---|---|---|---|
| Ellen Turner | Credit Card | Item Total | $30.00 |
| 116 W. Jackson Blvd | Visa xxxx6424 | Shipping | $12.00 |
| Suite 109, MB: 552 | | Tax | $2.63 |
| Chicago, Illinois 60604 | | **Order Total** | **$44.63** |
| United States | | | |

## Items in your order



**Order Pending**

Store: Dion Hui 123

Monday Don't Do It Parody Logo Black Gray White T S...
Men-M, Qty 1

Item Details

Contact, Terms, Policies & More ⌃









































https://www.aliexpress.com/item/32833599651.html

**Top of the class**
Get ready for up to 80% off great brands
ack to school

Sell on AliExpress | Help | Buyer Protection | App | English / USD | ♡ | ☺

**AliExpress**

**E-Fire Game Store** + Follow
95.1% Positive feedback   0 Followers

I'm shopping for... | On AliExpress | In this store

# E-Fire Game Store

Store Home | Products ⌄ | Sale Items | Top Selling | New Arrivals | Feedback



Basketball PS4 Pro Vinyl Removable Waterproof Decal Skin Sticker for Sony Playstation 4 Pro Console&Controller Protector Cover

PRICE: **US $5.42**
Add to cart now!

Starts In
16 : 50 : 57

**US $5.60**  US $5.89  -5%

US $2.00 New User Coupon | US $2.00 off on US $26.00 | Get coupons

Color: Type 02

Quantity:
1  +  Additional 5% off (2 pieces or more)
Only 5 left

Shipping: US $7.78
to United States via AliExpress Standard Shipping ⌄
Estimated Delivery on 09/02 ⓘ

Buy Now | Add to Cart | ♡ 19

✓ **90-Day Buyer Protection**
Money back guarantee

← **Free Return**
Return for any reason within 15 days



















## Order on Aug 30, 2020

Order #: 5f4bc493649532b032f82fb8

| Shipping Address | Payment Method | Item Summary | |
|---|---|---|---|
| Fonda Caldwell | Credit Card | Item Total | $14.25 |
| 116 W. Jackson, Suite 109 | Visa xxxx6424 | Shipping | $8.00 |
| MB: 552 | | Tax | $1.39 |
| Chicago, Illinois 60604 | | **Order Total** | **$23.64** |
| United States | | | |

## Items in your order



**Order Pending**

Store: FANG~YUAN61

Tie Fighter Just Pew Pew Pew It Tshirt T Shirt For Men
XL, Qty 1

Item Details



















**Customer Reviews**     Show More

**Description**     Show Less

Brand Name: TRY JADE
Gender: Men
Upper Material: PU
Insole Material: EVA
Lining Material: Cotton Fabric
Level Of Practice: Advanced
Athletic Shoe Type: Basketball Shoes
Shoe Width: Medium(B,M)
Elements: Thread
Sports Type: LIFESTYLE
Release Date: Spring2019
Model Number: 083104
Upper Height: High
Fit: Fits true to size, take your normal size
Technology: Flywire
Feature: Breathable
Feature: Massage
Department Name: Adult
Outsole Material: Rubber
Applicable Place: Concrete Floor
Applicable Place: Hard Court
Applicable Place: PVC Floor
Applicable Place: Wooden Floor
Closure Type: Lace-Up

**Reference Price by Seller**     Show More

**Sold By**     Store Ratings

fashion to shop
4.2 ★ ★ ★ ★ (813)

**30 Day Return & Refund**

**Shop with Confidence!**     Learn More
We want you to be completely satisfied with your purchase on Wish.
Return all products within 30 days of delivery if they are not up to
your satisfaction.

Basketball Shoes Men High Top
Sneakers High Quality Basketball
Shoes Children Sneakers Boots
Trainers
★ ★ ★ ✦ (7 reviews)
**$17** $79

Size:
Select Size

Color:
Select Color

04:16 | Instant offer: Add to cart right now to unlock a lower price!
**Buy**

♡ Add to Wishlist

**Quinn, Halloween waits for no one!**
Enjoy up to 50% off with code: **HAUNTED**
ount $100.
Contact, Terms, Policies & More ∧





# Order on Aug 28, 2020

Order #: 5f4908c589f502dfb620a43e

| Shipping Address | Payment Method | Item Summary | |
|---|---|---|---|
| Larry Turner | Credit Card | Item Total | $34.00 |
| 116 W. Jackson Blvd | Visa xxxx6424 | Shipping | $12.00 |
| Suite 109, MB: 552 | | Tax | $2.88 |
| Chicago, Illinois 60604 | | **Order Total** | **$48.88** |
| United States | | | |

## Items in your order



**Order Pending**

Store: fashion to shop

Basketball Shoes Men High Top Sneakers High Qualit...
Orange, EUR-42, Qty 1

Item Details

Contact, Terms, Policies & More ^



















**Showcase The Model and Product**

Describe the model's basic information and the size he/she is wearing.





























‹ Activity

东莞市雄鹰贸易有限公司                                                  – $40.81
August 21, 2020
Payment

**Paid with**                                           **Seller info**
PNC Purchasing Card              $40.81               东莞市雄鹰贸易有限公司
VISA Credit Card x–5176
You'll see "PAYPAL *DONGWANSHIC DONGW"              **Invoice ID**
on your card statement.                               1502011010856200820101273014_8018536202956773

**Ship to**                                             **Purchase details**
Tamara Yang                                           Men casual shoes sneaker men shoes        $40.81
116 W. Jackson                                        zapatillas deportivas hombre chaussure
Suite 109, MB: 552                                    homme flyknit sport shoes light men
Chicago, IL 60604                                     running shoes sal
United States                                         Item #8018536202966773

**Category**
Shoes                                                 Total                                     $40.81

**Transaction ID**
1HF621760B823721R

🖨 Print details

**Need help?**                                          ⚠ Report a problem
If there's a problem, make sure to contact the seller
through PayPal by **February 17, 2021**. You may be
**eligible for purchase protection.**























































PayPal: Transaction Details

Summary    Activity    Send & Request    Wallet    Deals and Offers    Help                    LOG OUT

‹ Activity

泉州顺辉贸易有限公司                                                                          – $35.79
August 21, 2020
Payment

**Paid with**                                              **Seller info**
PNC Purchasing Card                        $35.79          泉州顺辉贸易有限公司
VISA Credit Card x–5176
You'll see "PAYPAL *QUANZHOUSHU                            **Invoice ID**
QUANZ" on your card statement.                             150201101169520082101351006_8018669834936951

**Ship to**                                                **Purchase details**
Tim Rodgers                                                2020 Hot Sell Spring Sports Men's Casual      $35.79
116 W. Jackson                                             Shoes Tide Shoes Couple Models
Suite 109; MB: 552                                         Breathable Height Increasing Sneakers
Chicago, IL 60604                                          Hard–Wearing Shoe
United States                                              Item #8018669834946951

**Category**
Shoes                                                      Total                                        $35.79

**Transaction ID**
3ET58982MH764840X

🖶  Print details

**Need help?**
If there's a problem, make sure to contact the seller        ⚠  Report a problem
through PayPal by **February 17, 2021**. You may be
eligible for purchase protection.

HELP    CONTACT US    SECURITY    FEES

©1999–2020 PayPal, Inc. All rights reserved.    |    Privacy    Legal    Policy updates







































































‹ Activity

肖 陈                                                                                          – $12.67
August 21, 2020
Payment

**Paid with**                                                          **Seller info**
PNC Purchasing Card                    $12.67                 肖 陈
VISA Credit Card x–5176                                        **9S8804423@qq.com**
You'll see "PAYPAL *958804423 9588044"
on your card statement.                                        **Invoice ID**
                                                               1502011012839200821012 70008_5005091968716773
**Ship to**
Patrick Yang                                                   **Purchase details**
116 W. Jackson                                                 Women Sleeveless Fitness Vest Exercise        $12.67
Suite 109, MB: 552                                             Vest Yoga top Workout Sports T–Shirts
Chicago, IL 60604                                              Fitness Running Sport Gym Clothing
United States                                                  Item #5005091968726773

**Transaction ID**
3VR05029A7356062V                                              Total                                          $12.67

🖨  **Print details**

**Need help?**
If there's a problem, make sure to contact the seller       ⚠  **Report a problem**
through PayPal by **February 17, 2021**. You may be
**eligible for purchase protection.**

HELP    CONTACT US    SECURITY    FEES

©1999–2020 PayPal, Inc. All rights reserved.        |    Privacy    Legal    Policy updates





















# Order on Aug 27, 2020

Order #: 5f48106023218d8a7dbbc638

| Shipping Address | Payment Method | Item Summary | |
|---|---|---|---|
| Trace Turner | Credit Card | Item Total | $17.10 |
| 116 W. Jackson Blvd | Visa xxxx6424 | Shipping | $9.00 |
| Suite 109, MB: 552 | | Tax | $1.63 |
| Chicago, Illinois 60604 | | **Order Total** | **$27.73** |
| United States | | | |

## Items in your order



**Order Pending**

Store: justtherightstore

Just Do It T shirt Brand Clothing Hip Hop Letter Short…
pink C6, S, Qty 1

Item Details

























# Order on Aug 25, 2020

Order #: 5f454f732716a4fbcd835187

| Shipping Address | Payment Method | Item Summary | |
|---|---|---|---|
| Patty Turner | Credit Card | Item Total | $16.15 |
| 116 W. Jackson Blvd | Visa xxxx6424 | Shipping | $9.00 |
| Suite 109, MB: 552 | | Tax | $1.57 |
| Chicago, Illinois 60604 | | **Order Total** | **$26.72** |
| United States | | | |

## Items in your order



**Order Pending**

Store: longzhichao123

Kyrie Irving Basketball SpongeBob T Shirts Funny Vint...
Navy, Men-L, Qty 1

Item Details



































# Order on Aug 27, 2020

Order #: 5f47c90270730576cf21ed2c

| Shipping Address | Payment Method | Item Summary | |
|---|---|---|---|
| Heather Turner | Credit Card | Item Total | $22.00 |
| 116 W. Jackson Blvd | Visa xxxx6424 | Shipping | $11.00 |
| Suite 109, MB: 552 | | Tax | $2.06 |
| Chicago, Illinois 60604 | | **Order Total** | **$35.06** |
| United States | | | |

## Items in your order



**Order Pending**

Store: Lyndsey Haughie

Newest Fashion Printed T-Shirt Just Undo It | Trump |…
Black Heather, L, Qty 1

Item Details











model show





























































































# Order on Aug 24, 2020

Order #: 5f44728e44482d8b8af82f0c

| Shipping Address | Payment Method | Item Summary | |
|---|---|---|---|
| Olivia Caldwell | Credit Card | Item Total | $18.00 |
| 116 W. Jackson, Suite 109 | Visa xxxx6424 | Shipping | $10.00 |
| MB: 552 | | Tax | $1.75 |
| Chicago, Illinois 60604 | | **Order Total** | **$29.75** |
| United States | | | |

## Items in your order



### Order Pending

Store: Margaret Needham

Mens t-shirt new summer fashionBreast Cancer T-Shirt Men&#…
Black, Women-M, Qty 1

Item Details

Contact, Terms, Policies & More ^

















Order History / Order Details

# Order on Aug 21, 2020

Order #: 5f3fd09ad62bf50ade9f2ce7

| Shipping Address | Payment Method | Item Summary | |
|---|---|---|---|
| Glen Caldwell | Credit Card | Item Total | $21.00 |
| 116 W. Jackson, Suite 109 | Visa xxxx6424 | Shipping | $11.00 |
| MB: 552 | | Tax | $2.00 |
| Chicago, Illinois 60604 | | **Order Total** | **$34.00** |
| United States | | | |

## Items in your order



**Order Pending**

Store: Mary Fontenot

Hot Sale Beard Just Grow It T-shirt Funny Parody T-shirt Men...
Black, XL, Qty 1

Item Details























# Order on Aug 21, 2020

Order #: 5f402afe28f64c91b0c8b359

| Shipping Address | Payment Method | Item Summary | |
|---|---|---|---|
| Megan Turner | Credit Card | Item Total | $12.00 |
| 116 W. Jackson Blvd | Visa xxxx6424 | Shipping | $7.00 |
| Suite 109, MB: 552 | | Tax | $1.19 |
| Chicago, Illinois 60604 | | **Order Total** | **$20.19** |
| United States | | | |

## Items in your order



**Order Pending**

Store: meilijiazhuan

Volleyball Just Love It Standard Women's T-Shirt
Red, Women-M, Qty 1

Item Details





